UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Meridian Capital Ventures, LLC,**

    **Plaintiff,**

    v.                                    Case No. 2:16–mc–36

**Capital City Energy Group, Inc.,**         Judge Michael H. Watson

    **Defendant.**                     Magistrate Judge Jolson

### ORDER

On February 23, 2017, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") in this case recommending the Court dismiss the case for failure to prosecute. R&R 2, ECF No. 40. The R&R advised the parties of their right to object pursuant to 28 U.S.C. § 636(b)(1) and warned the parties that a failure to do so would result in a waiver of their right to *de novo* review by the Undersigned as well as a waiver of their right to appeal a decision adopting the R&R. *Id.* at 2–3. The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** this case for failure to prosecute. Defendant's motion for judgment as a matter of law, ECF No. 37, is **DENIED AS MOOT**.

The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

                                                       **MICHAEL H. WATSON, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**